NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA DALE BRYAN,        )
                                    )
      Appellant,          )
                                    )
v.                           )        Case No. 2D17-4463
                                    )
STATE OF FLORIDA,        )
                                    )
      Appellee.           )
_____)

Opinion filed May 3, 2019.

Appeal from the Circuit Court for Hendry
County; James D. Sloan, Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Andrea K. Totten,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

        Affirmed.

KELLY, SLEET, and LUCAS, JJ., Concur.